UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TACTICIAN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 21-10973-JGD |
| SUBWAY INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER OF DISMISSAL

DEIN, M.J.

In accordance with the parties' Stipulation of Dismissal (Docket No. 30), it is hereby ORDERED that the above-entitled action be and hereby is dismissed WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED:  April 4, 2022